Court Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

RAYMOND ROBINSON,

               Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR-645 (KMK)

Defendant __RAYMOND ROBINSON__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer (Plea Hearing)

_/s/ Raymond E. Robinson_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Raymond Robinson
Print Defendant's Name

_/s/_
Defendant's Counsel's Signature

Jason Ser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9-8-2021
Date

_/s/ Kenneth M. Karas_
U.S. District Judge/U.S. Magistrate Judge