UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

19-CR-645

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

      For the week of March 14, 2022, the Court will hold criminal proceedings in this matter by telephone.  To access the teleconference, please use the following information:

      Meeting Dial-In Number (USA toll-free): (888) 363-4749    Access Code: 7702195

      Please enter the conference as a guest by pressing the pound sign (#).

      Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:    March 11, 2022
           White Plains, New York

_____
      KENNETH M. KARAS
      United States District Judge