**Federal Defenders**                              Southern District
**OF NEW YORK, INC.**               81 Main Street, Suite 300
                                     White Plains, N.Y. 10601-4150
                                       Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton         MEMO ENDORSED        *Southern District of New York*
*Executive Director*                                      Jennifer L. Brown
*and Attorney-in-Chief*                                *Attorney-in-Charge*

May 3, 2022

[VIA ECF AND EMAIL]

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

       Re: *United States v. Raymond E. Robinson*, 19-cr-0645

Dear Honorable Judge Karas:

       I write to respectfully request that the Court delay Mr. Robinson's self-surrender date by 60 days due to the delay in Mr. Robinson receiving his BOP designation. Mr. Robinson has been awaiting his designation so that he can arrange transportation to the facility and to arrange for his wife's care prior to surrendering.

       As Your Honor likely recalls, Mr. Robinson was sentenced to a term of 42 months imprisonment on April 5, 2022 and was permitted to self-surrender on May 17, 2022. This request was granted, in part, because of how well Mr. Robinson was doing under pre-trial supervision. At sentencing, he requested a recommendation for FMC Carswell, FMC Forth Worth, or nearest to Austin, Texas. He has been awaiting his BOP designation and has yet to learn to which facility he has been designated nor his reporting requirements.

       Mr. Robinson is 70 years old and the primary caretaker for his wife. He has been making arrangements for his wife's care while he serves his sentence. However, he is unable to arrange transportation for his surrender to BOP until he learns where he has been designated. He is concerned that should he learn of his designation shortly before May 17, 2022, he will not have sufficient time to arrange transportation to get to the facility. He respectfully requests that the Court delay his self-surrender by 60 days so he has sufficient time to arrange for his transportation to BOP and arrange his wife's care prior to surrendering.

       I have contacted the Government through Assistant United States Attorney Margery Feinzig who opposes this request.

Based on the above, Mr. Robinson respectfully requests that the Court delay his self-surrender date by 60 days.

Granted. The request is reasonable and now on the consent of the Government.

So Ordered.
5/5/22

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc: Margery Feinzig, A.U.S.A. (via ECF and electronic mail)